444

395 A.2d 989

Levin, Appellant, v. Serago et ux.

Argued September 12, 1978.  F. Mayer, with him John F. X. Fenerty, for appellant;  Bernard Pettit, for appellees.

Before PRICE, HESTER and HOFFMAN, JJ.

Order affirmed.

395 A.2d 989

Lynch, Appellant, v. Grant.

Argued September 13, 1978.  Bruce E. Endy, for appellant;  Robert I. Whitelaw, with him Paul C. Heintz, for appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

OPINION PER CURIAM: The order of the lower court is vacated and the case is remanded for a full hearing on the merits in accordance with *Commonwealth ex rel. Welsh v. Welsh*, 222 Pa.Super. 585, 296 A.2d 891 (1972).  Contracts between husband and wife concerning child support are not binding upon the courts.  *MacDougall v. MacDougall*, 397 Pa. 340, 155 A.2d 358 (1959).